IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> PADDOCK LABORATORIES, INC., ) <br> ) <br> Defendant. ) | C. A. No. 09-cv-11130 (RGS) (LTS) |
| FRESENIUS MEDICAL CARE HOLDINGS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> AMNEAL PHARMACEUTICALS, LLC, ) <br> ) <br> Defendant. ) | C.A. No. 10-cv-11429 (RGS) (LTS) |

**JOINT MOTION FOR ENTRY OF STIPULATION
CONCERNING EXPERT DISCOVERY IN CONSOLIDATED CASES**

Plaintiff and Defendant-in-Counterclaim Fresenius Medical Care Holdings, Inc., Defendant and Plaintiff-in-Counterclaim Paddock Laboratories, Inc., and Defendant and Plaintiff-in-Counterclaim Amneal Pharmaceuticals, LLC, (the "Parties") hereby jointly move for the Court's approval of a Stipulation in the form attached hereto as Exhibit A. The Stipulation addresses the protection from discovery of certain communications between each party's attorneys and testifying expert witnesses. As grounds for this joint motion, the Parties state that there is a two-way Stipulation in place in Fresenius Medical Care Holdings, Inc. v. Paddock Laboratories, Inc. (No. 09-cv-11130) (the "Paddock case"); that the Court has consolidated the above-captioned cases; that the Parties have revised the stipulation from the Paddock case to include Amneal Pharmaceuticals, LLC; and that the Parties have agreed to the three-way Stipulation Concerning

Expert Discovery in Consolidated Cases that is attached hereto.  This Stipulation is necessary to allow each party's attorneys to work more efficiently with their expert witnesses.

WHEREFORE, the parties request that the Court approve the Stipulation attached hereto as Exhibit A as an Order of the Court.

| | |
|---|---|
| FRESENIUS MEDICAL CARE HOLDINGS, INC.<br>By its attorneys, | PADDOCK LABORATORIES, INC.<br>By its attorneys, |
| | */s/ Victoria L. Walton*<br>Howard J. Susser (BBO #636183)<br>Victoria L. Walton, Esq. (BBO #650999)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, Massachusetts 02210-1624<br>Telephone: 617-345-3000<br>Facsimile: 617-345-3299 |
| */s/ Sarah Cooleybeck*<br>Stephen B. Deutsch, BBO # 122000<br>Sarah Cooleybeck, BBO # 631161<br>James M. Flaherty, Jr., BBO # 653643<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>Telephone:  617 832 1000<br>Facsimile:  617 832 7000 | *Of counsel*:<br>Edgar H. Haug (Admitted *pro hac vice*)<br>**FROMMER LAWRENCE & HAUG LLP**<br>745 Fifth Avenue<br>New York, NY 10151<br>Telephone: (212) 588-0800 |
| | Elizabeth A. Leff (Admitted *pro hac vice*)<br>Christopher F. Gosselin (Admitted *pro hac vice*)<br>**FROMMER LAWRENCE & HAUG LLP**<br>1667 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 292-1530 |
| | AMNEAL PHARMACEUTICALS LLC<br>By its attorneys, |
| | */s/ Edward J. Naughton*<br>Edward J. Naughton (BBO #600059)<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200<br> (617) 856-8201 (fax) |
| | *Of counsel*:<br>Keeto Sabharwal (Admitted *pro hac vice*)<br>Jon E. Wright (Admitted *pro hac vice*)<br>Dennies Varughese (Admitted *pro hac vice)*<br>Gaby L. Longsworth (Admitted *pro hac vice*)<br>Robert H. Millonig (Admitted *pro hac vice*)<br>**STERNE KESSLER GOLDSTEIN FOX** |
| Dated:  October 6, 2010 | 1100 New York Avenue, NW<br>Washington, DC  20005<br>Telephone: (202) 371-2600 |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendants on this motion, and that counsel for Defendants have joined this motion.

/s/ *Sarah Cooleybeck*
Sarah Cooleybeck

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Presently there are no non-registered participants.

/s/ Sarah Cooleybeck
Sarah Cooleybeck