## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Fresenius Medical Care Holdings, Inc.
   Plaintiff

V.

Paddock Labs

   Defendants

CIVIL ACTION

NO. 09-11130-RGS

### SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The Court having been advised on ___2/23/12___ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

___2/23/12___
Date

/s/ Elaine Flaherty
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)